PD-1261-15

PD-1261-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 2:25:57 PM
Accepted 9/24/2015 4:44:53 PM
ABEL ACOSTA
CLERK

No. _____

**In The**

**Court of Criminal Appeals**

**Of The State of Texas**

**Austin, Texas**

FILED IN
COURT OF CRIMINAL APPEALS

September 24, 2015

ABEL ACOSTA, CLERK

_____

**MARCUS LOUIS JAMES,**
**Petitioner**

**vs.**

**THE STATE OF TEXAS**

_____

### MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Marcus James, Appellant in Cause Number 09-14-00360-CR in the Ninth Court of Appeals- Beaumont, and asks this Court to permit the extension of time to file the Petition for Discretionary Review, pursuant to the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      Appellant hereby requests leave of the Court to extend the time to file the Petition for Discretionary Review. The current deadline is September 25, 2015.   No previous extensions to file the brief have been requested or granted.

2.      Undersigned counsel is preparing for trial in an attempted capital murder case that is set for trial during the week of September 28, 2015.   Undersigned counsel has spent significant time preparing for this trial and is unable to complete the Petition in the above matter by the deadline.

3.    Additionally, counsel was in felony trial in Jefferson County District Court during most of the week of September 14, 2015. These two previous engagements detracted a significant amount of time from preparing this Petition.

4.    Undersigned counsel respectfully requests a 30 day extension of the deadline.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion for Extension of Time to File the Petition for Discretionary Review and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
THE GERTZ LAW FIRM
2630 Liberty St.
Beaumont, Texas 77702
Tel: (409) 833-6400
Fax: (409) 833-6401

/s/ *Ryan W. Gertz*

By:
Ryan W. Gertz
State Bar No. 24048489
Attorney for Marcus James

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2015, a true and correct copy of the foregoing document was served on the Jefferson County District Attorney's Office, 1001 Pearl St., 3rd Floor, Texas 77701, via facsimile at 409-835-8573.

/s/ *Ryan W. Gertz*

Ryan W. Gertz